| | |
|---|---|
| **From:** | Abend, Monica |
| **To:** | Hudson, Crystal; Oyiborhoro, Oghene |
| **Subject:** | FW: Update from Medgar Evers College |
| **Date:** | Wednesday, May 8, 2019 12:16:36 PM |

**From:** Alexis McLean <aMcLean@mec.cuny.edu>
**Sent:** Tuesday, May 07, 2019 6:22 PM
**To:** Abend, Monica <MAbend@council.nyc.gov>
**Cc:** Johnathon P. Hardaway <JHardaway@mec.cuny.edu>; Hudson, Crystal <CHudson@council.nyc.gov>; Oyiborhoro, Oghene <OOyiborhoro@council.nyc.gov>; ■■■■■■■■■■■■■■■■■■■■■
**Subject:** RE: Update from Medgar Evers College

Dear Monica:

I hope all is well on your end. I wanted to provide you with an update. The student's attorney has requested an adjournment. A new hearing date has not been scheduled yet, but we are still working diligently on our end, and will be sure to keep you apprised of any updates. In the interim, please let me know if you have any questions.

Sincerely,
Alexis

**Dr. Alexis J. McLean**
*Interim Dean of Student Affairs*
Medgar Evers College of the City University of New York
1637 Bedford Avenue, Rm. 306
Brooklyn, NY 11225
P: 718.270.6046
E: AMcLean@mec.cuny.edu


**From:** Abend, Monica [mailto:MAbend@council.nyc.gov]
**Sent:** Sunday, May 5, 2019 2:46 PM
**To:** Alexis McLean <aMcLean@mec.cuny.edu>
**Cc:** Johnathon P. Hardaway <JHardaway@mec.cuny.edu>; Hudson, Crystal <CHudson@council.nyc.gov>; Oyiborhoro, Oghene <OOyiborhoro@council.nyc.gov>; ■■■■■■■■■■■■■■■■■■■■■
**Subject:** Re: Update from Medgar Evers College

Dear Alexis,

Please share with your colleagues and senior leadership that the Majority Leader would like this hearing to be to "closed" to the public, and she would appreciate only the essential participants to be part of the hearing. At this time, the Majority Leader will not be attending the hearing but if anything changes our office will be in touch as soon as possible.

Thank you for your support and due diligence throughout this process.

Very best,
Monica

Monica Abend
Chief of Staff to Majority Leader and Council Member Laurie A. Cumbo

On May 3, 2019, at 2:23 PM, Alexis McLean <aMcLean@mec.cuny.edu> wrote:

> Hello Monica,
>
> Once again, please convey my and Johnathon Hardaway's (carbon copied on this email) apologies to Council Member Laurie Cumbo. We are both disappointed that this incident occurred at all and that a Medgar Evers College student was involved. As Dean of Student Affairs here at the College, I assure you that the actions of Sakia Fletcher are an aberration and in no way emblematic of the typical behavior of the College's student body.
>
> I am sending you this email to update Council Member Cumbo on the progress the College has made in redressing what occurred during the NYC Community Board 9 meeting on April 30, 2019.
>
> **The Disciplinary Process**
>
> The College has scheduled a disciplinary hearing for Friday, May 10, 2019 at 9:30 AM in Room 307 at 1637 Bedford Avenue in Brooklyn. The student has the ability to request that the hearing be open to the public. The Chair of the disciplinary committee may decide to keep the hearing closed to the public.
>
> The College will provide documentary and witness testimony and witness affidavits evidencing Ms. Fletcher's April 30th behavior. Please let me know if Council Member Cumbo would like to either provide a statement to be read at the hearing or testify in person.
>
> Here is a link to Article XV of the City University of New York's By-Laws on the student code of conduct: https://policy.cuny.edu/bylaws/article-xv/. Ms. Fletcher could receive the following sanctions:
>    A. **Admonition.** An oral statement to the offender that he has violated university rules.
>       **Warning.** Notice to the offender, orally or in writing, that continuation or

B.
repetition of the wrongful conduct, within a period of time stated in the warning, may cause far more severe disciplinary action.
C. **Censure.** Written reprimand for violation of specified regulation, including the possibility of more severe disciplinary sanction in the event of conviction for the violation of any University regulation within a period stated in the letter of reprimand.
D. **Disciplinary Probation.** Exclusion from participation in privileges or extracurricular University activities as set forth in the notice of disciplinary probation for a specified period of time.
E. **Restitution.** Reimbursement for damage to or misappropriation of property. Reimbursement may take the form of appropriate service to repair or otherwise compensate for damages.
F. **Suspension.** Exclusion from classes and other privileges or activities as set forth in the notice of suspension for a definite period of time.
G. **Expulsion.** Termination of student status for an indefinite period. The conditions of readmission, if any is permitted, shall be stated in the order of expulsion.

**Disruptive Members in NYC Community Board 9 Meetings**



Please contact me at 718.270.6046 or Johnathon at 718.270.5002 with any additional questions.

Thank you,

Dr. Alexis J. McLean
*Interim Dean of Student Affairs*
Medgar Evers College-CUNY
1637 Bedford Avenue, Room S-306
P: 718.270.6046
E: amclean@mec.cuny.edu

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL or PRIVILEGED material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.