


**Office of Student Affairs**

1637 Bedford Avenue
Room S-306
Brooklyn, NY 11225
T: (718) 270-6046
www.mec.cuny.edu

## AFFIDAVIT OF DR. ALEXIS MCLEAN

I, Dr. Alexis McLean, make the following declaration based on my personal knowledge:

1. I work for Medgar Evers College of the City University of New York ("MEC") as the Interim Dean of Student Affairs.

2. I was appointed Interim Dean of Student Affairs on July 1, 2018, and have worked for MEC for approximately ten (10) years.

3. During my tenure, Sakia Fletcher volunteered for the Office of Student Affairs, and during the spring 2019 semester, completed her CUNY Service Corps hours within the office. During my tenure, Ms. Fletcher did not report directly to me.

4. At MEC, all student disciplinary decisions are issued by the Office of Student Affairs.

5. On May 1, 2019, I received evidence regarding Ms. Fletcher's conduct during an April 30, 2019 Community Board 9 Brooklyn meeting.

6. Upon information and belief, on April 30, 2019, Ms. Fletcher violated Rules 1, 2, 5, and 7 of the *Henderson Rules to Maintain Public Order* pursuant to article 129-A of the New York State Education Law.

7. Under Henderson Rule 1, Ms. Fletcher intentionally obstructed and prevented members of the Community Board 9 Brooklyn meeting from exercising their rights. Ms. Fletcher also interfered with MEC's community services.

8. Under Henderson Rule 2, Ms. Fletcher did not comply with lawful directives issued by MEC Public Safety and Campus Security to leave MEC's Founder's Auditorium located at 1650 Bedford Avenue in Brooklyn, NY, after she was identified as the source of disruption.

9. Under Henderson Rule 5, invited guests to the Community Board 9 Brooklyn meeting were not allowed to advocate their position without verbal confrontation from Ms. Fletcher.

10. Under Henderson Rule 7, Ms. Fletcher's conduct was disorderly while on MEC's campus; such conduct is prohibited.

11. After an analysis of the facts and evidence, on May 3, 2019 at 9:59 AM, the Office of Student Affairs issued an emergency suspension to Ms. Fletcher. The Office of Student Affairs worked with the Chair

of the Faculty Student Disciplinary Committee (FSDC) to schedule a disciplinary hearing for May 10, 2019 at 9:30 AM.

12. On May 3, 2019 at 3:32 PM, Ms. Fletcher's attorney Jonathan Wallace sent me an email, and directed the College to only communicate with him regarding Ms. Fletcher's disciplinary case. Mr. Wallace also requested and received an adjournment of the May 10, 2019 hearing.

13. On May 13, 2019 at 7:18 PM Mr. Wallace received confirmation that the disciplinary hearing was rescheduled for May 15 at 4:00 PM.

14. On May 13, 2019 at 7:26 PM Mr. Wallace requested another adjournment. On May 13, 2019 at 9:31 PM Mr. Wallace received an adjournment to May 20, 2019.

15. On May 14, 2019 at 1:37 PM Mr. Wallace requested that the hearing be scheduled after 2:00 PM on May 20, 2019. On May 15, 2019 at 2:47 PM Mr. Wallace received confirmation that the hearing would be scheduled on May 20, 2019 at 3:00 PM.

16. Upon information and belief, Ms. Fletcher's attorneys Jonathan Wallace and J. Remy Green requested a third adjournment on May 16, 2019. They were informed that this request would not be granted.

17. The College has made reasonable efforts to have a timely disciplinary hearing for Ms. Fletcher, and the Chair of the FSDC has granted two (2) adjournments.

18. During my tenure as Interim Dean of Student Affairs at MEC, Ms. Fletcher and I have communicated and interacted often, and amicably. Nevertheless, upon information and belief, Ms. Fletcher violated Rules 1, 2, 5, and 7 of the *Henderson Rules to Maintain Public Order* pursuant to article 129-A of the New York State Education Law.

Executed on the 20th day of May 2019.

_____
Dr. Alexis McLean

_____
Notary Signature

Notary Public Seal                    Notary Public State of _____

**FLORIDA JURAT**
**FS 117.05**

State of Florida
County of _Broward_

Sworn to (or affirmed) and subscribed before me this

___20th___ day of ___May___, ___19___,
Day / Month / Year

by ___Alexis Joi McLean McKessey___
Name of Person Swearing or Affirming

_[Notary Seal: ABRAHAM E SUAREZ, Notary Public - State of Florida, Commission # FF 975576, My Comm. Expires Mar 28, 2020]_

___[signature]___
Signature of Notary Public — State of Florida

___Abraham E. Suarez___
Name of Notary Typed, Printed or Stamped

☐ Personally Known
☒ Produced Identification

Type of Identification Produced: ___NotA___

Place Notary Seal Stamp Above

---
**OPTIONAL**

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: ___Affidavit if Dr Alexis McLean___
Document Date: ___05/20/19___       Number of Pages: ___3___
Signer(s) Other Than Named Above: ___N/A___

©2017 National Notary Association

M1304-10 (09/17)