# Re: Video Footage from 4/30 CB9 Meeting

| | |
|---|---|
| **From:** | "Baker, Patricia" <pabaker@cb.nyc.gov> |
| **To:** | "Hudson, Crystal" <chudson@council.nyc.gov> |
| **Cc:** | "Oyiborhoro, Oghene" <ooyiborhoro@council.nyc.gov> |
| **Date:** | Tue, 14 May 2019 12:39:44 -0400 |

Hi Crystal,

Yes, we did captured the entire encounter with Sakia Fletcher. Do you want a copy of the video?

Thanks,

Pat.

Patricia Baker
Chairperson
Community Board 9
890 Nostrand Avenue
Brooklyn, NY 11225
718.778.9278
pabaker@cb.nyc.gov

**From:** Hudson, Crystal <CHudson@council.nyc.gov>
**Sent:** Thursday, May 9, 2019 8:51 PM
**To:** Baker, Patricia
**Cc:** Oyiborhoro, Oghene
**Subject:** Video Footage from 4/30 CB9 Meeting

Hi Ms. Baker- do you know if CB9 captured video of the full encounter between Laurie and Sakia?
Thanks,
Crystal.

—

Crystal Hudson, Chief of Operations
New York City Council Member & Majority Leader, Laurie A. Cumbo
*Sent on the move, please forgive any typos*

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL or PRIVILEGED material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

# Re: Video Footage from 4/30 CB9 Meeting

**From:** chudson@council.nyc.gov
**To:** "Baker, Patricia" <pabaker@cb.nyc.gov>
**Cc:** "Oyiborhoro, Oghene" <ooyiborhoro@council.nyc.gov>
**Date:** Tue, 14 May 2019 14:34:26 -0400

Thank you so much!

—

Crystal Hudson, Chief of Operations
New York City Council Member & Majority Leader, Laurie A. Cumbo

*Sent on the move, please forgive any typos*

On May 14, 2019, at 1:08 PM, Baker, Patricia <pabaker@cb.nyc.gov> wrote:

> Bedford Union Armory Update Meeting Video
> https://www.facebook.com/cb9bklyn/videos/473773560116537/
> Sakia Fletcher Confrontation Video
> https://www.facebook.com/cb9bklyn/videos/394630634716620/
> April 2019 General Board Meeting Video
> https://www.facebook.com/cb9bklyn/videos/2178717135792052/
> Hi Oghene
> Listed above are the links to the Meeting that occurred on April 30 2019 which was in two parts. If there are any questions please give me a call at ▇▇▇▇▇▇ or the Board Office 718 -778 9279.
> Thank You
> Best,
> Patricia Baker
> Chairperson
> Community Board 9
> 890 Nostrand Avenue
> Brooklyn, NY 11225
> 718.778.9278
> pabaker@cb.nyc.gov
> **From:** Oyiborhoro, Oghene <OOyiborhoro@council.nyc.gov>
> **Sent:** Tuesday, May 14, 2019 12:45 PM
> **To:** Baker, Patricia; Hudson, Crystal
> **Subject:** RE: Video Footage from 4/30 CB9 Meeting
>
> Hi Pat,
>
> Absolutely, please send over.
>
> Also my name is Oghene and I am the new communications director.

**From:** Baker, Patricia <pabaker@cb.nyc.gov>
**Sent:** Tuesday, May 14, 2019 12:40 PM
**To:** Hudson, Crystal <CHudson@council.nyc.gov>
**Cc:** Oyiborhoro, Oghene <OOyiborhoro@council.nyc.gov>
**Subject:** Re: Video Footage from 4/30 CB9 Meeting

Hi Crystal,
Yes, we did captured the entire encounter with Sakia Fletcher. Do you want a copy of the video?
Thanks,
Pat.

Patricia Baker
Chairperson
Community Board 9
890 Nostrand Avenue
Brooklyn, NY 11225
718.778.9278
pabaker@cb.nyc.gov

---

**From:** Hudson, Crystal <CHudson@council.nyc.gov>
**Sent:** Thursday, May 9, 2019 8:51 PM
**To:** Baker, Patricia
**Cc:** Oyiborhoro, Oghene
**Subject:** Video Footage from 4/30 CB9 Meeting

Hi Ms. Baker- do you know if CB9 captured video of the full encounter between Laurie and Sakia?

Thanks,
Crystal.

—

Crystal Hudson, Chief of Operations
New York City Council Member & Majority Leader, Laurie A. Cumbo

*Sent on the move, please forgive any typos*

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL or PRIVILEGED material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL or PRIVILEGED material. Any

unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

# Re: Video Footage from 4/30 CB9 Meeting

| | |
|---|---|
| **From:** | "Baker, Patricia" <pabaker@cb.nyc.gov> |
| **To:** | "Oyiborhoro, Oghene" <ooyiborhoro@council.nyc.gov>; "Hudson, Crystal" <chudson@council.nyc.gov> |
| **Date:** | Tue, 14 May 2019 13:08:11 -0400 |

Bedford Union Armory Update Meeting Video
https://www.facebook.com/cb9bklyn/videos/473773560116537/
Sakia Fletcher Confrontation Video
https://www.facebook.com/cb9bklyn/videos/394630634716620/
April 2019 General Board Meeting Video
https://www.facebook.com/cb9bklyn/videos/2178717135792052/

Hi Oghene

Listed above are the links to the Meeting that occurred on April 30 2019 which was in two parts. If there are any questions please give me a call at ███████ or the Board Office 718 -778 9279.

Thank You
Best,
Patricia Baker
Chairperson
Community Board 9
890 Nostrand Avenue
Brooklyn, NY 11225
718.778.9278
pabaker@cb.nyc.gov

**From:** Oyiborhoro, Oghene <OOyiborhoro@council.nyc.gov>
**Sent:** Tuesday, May 14, 2019 12:45 PM
**To:** Baker, Patricia; Hudson, Crystal
**Subject:** RE: Video Footage from 4/30 CB9 Meeting

Hi Pat,

Absolutely, please send over.

Also my name is Oghene and I am the new communications director.

---

**From:** Baker, Patricia <pabaker@cb.nyc.gov>
**Sent:** Tuesday, May 14, 2019 12:40 PM
**To:** Hudson, Crystal <CHudson@council.nyc.gov>
**Cc:** Oyiborhoro, Oghene <OOyiborhoro@council.nyc.gov>
**Subject:** Re: Video Footage from 4/30 CB9 Meeting

Hi Crystal,
Yes, we did captured the entire encounter with Sakia Fletcher. Do you want a copy of the video?
Thanks,

Pat.

Patricia Baker
Chairperson
Community Board 9
890 Nostrand Avenue
Brooklyn, NY 11225
718.778.9278
pabaker@cb.nyc.gov

---

**From:** Hudson, Crystal <CHudson@council.nyc.gov>
**Sent:** Thursday, May 9, 2019 8:51 PM
**To:** Baker, Patricia
**Cc:** Oyiborhoro, Oghene
**Subject:** Video Footage from 4/30 CB9 Meeting

Hi Ms. Baker- do you know if CB9 captured video of the full encounter between Laurie and Sakia?

Thanks,
Crystal.

—

Crystal Hudson, Chief of Operations
New York City Council Member & Majority Leader, Laurie A. Cumbo

*Sent on the move, please forgive any typos*

---

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL or PRIVILEGED material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL or PRIVILEGED material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

# Re: Video Footage from 4/30 CB9 Meeting

| | |
|---|---|
| **From:** | "Hudson, Crystal" <"/o=nycc/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=hudson, crystal272"> |
| **To:** | "Baker, Patricia" <pabaker@cb.nyc.gov> |
| **Cc:** | "Oyiborhoro, Oghene" <ooyiborhoro@council.nyc.gov> |
| **Date:** | Tue, 14 May 2019 14:34:34 -0400 |

Thank you so much!

—
Crystal Hudson, Chief of Operations
New York City Council Member & Majority Leader, Laurie A. Cumbo

*Sent on the move, please forgive any typos*

On May 14, 2019, at 1:08 PM, Baker, Patricia <pabaker@cb.nyc.gov> wrote:

> Bedford Union Armory Update Meeting Video
> https://www.facebook.com/cb9bklyn/videos/473773560116537/
> Sakia Fletcher Confrontation Video
> https://www.facebook.com/cb9bklyn/videos/394630634716620/
> April 2019 General Board Meeting Video
> https://www.facebook.com/cb9bklyn/videos/2178717135792052/
> Hi Oghene
> Listed above are the links to the Meeting that occurred on April 30 2019 which was in two parts. If there are any questions please give me a call at [redacted] or the Board Office 718 -778 9279.
> Thank You
> Best,
> Patricia Baker
> Chairperson
> Community Board 9
> 890 Nostrand Avenue
> Brooklyn, NY 11225
> 718.778.9278
> pabaker@cb.nyc.gov
> **From:** Oyiborhoro, Oghene <OOyiborhoro@council.nyc.gov>
> **Sent:** Tuesday, May 14, 2019 12:45 PM
> **To:** Baker, Patricia; Hudson, Crystal
> **Subject:** RE: Video Footage from 4/30 CB9 Meeting
>
> Hi Pat,
>
> Absolutely, please send over.
>
> Also my name is Oghene and I am the new communications director.

**From:** Baker, Patricia <pabaker@cb.nyc.gov>
**Sent:** Tuesday, May 14, 2019 12:40 PM
**To:** Hudson, Crystal <CHudson@council.nyc.gov>
**Cc:** Oyiborhoro, Oghene <OOyiborhoro@council.nyc.gov>
**Subject:** Re: Video Footage from 4/30 CB9 Meeting

Hi Crystal,
Yes, we did captured the entire encounter with Sakia Fletcher. Do you want a copy of the video?
Thanks,
Pat.

Patricia Baker
Chairperson
Community Board 9
890 Nostrand Avenue
Brooklyn, NY 11225
718.778.9278
pabaker@cb.nyc.gov

---

**From:** Hudson, Crystal <CHudson@council.nyc.gov>
**Sent:** Thursday, May 9, 2019 8:51 PM
**To:** Baker, Patricia
**Cc:** Oyiborhoro, Oghene
**Subject:** Video Footage from 4/30 CB9 Meeting

Hi Ms. Baker- do you know if CB9 captured video of the full encounter between Laurie and Sakia?

Thanks,
Crystal.

—

Crystal Hudson, Chief of Operations
New York City Council Member & Majority Leader, Laurie A. Cumbo

*Sent on the move, please forgive any typos*

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL or PRIVILEGED material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to

which it is addressed and may contain CONFIDENTIAL or PRIVILEGED material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.