USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sakia Fletcher,

                Plaintiff,

-against-

Medgar Evers College, et al.,

                Defendants.

1:20-cv-04163 (VEC)(SDA)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, January 25, 2021 at 2:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:     New York, New York
              December 2, 2020

_____
STEWART D. AARON
United States Magistrate Judge