USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
SAKIA FLETCHER,

                        Plaintiff,

-against-

                                    20-CV-4163 (VEC)

MEDGAR EVERS COLLEGE, CITY UNIVERSITY OF NEW YORK, RUDOLF CREW, IN HIS CAPACITY AS PRESIDENT OF MEDGAR EVERS COLLEGE, FELIX V. MATOS RODRIGUEZ, IN HIS CAPACITY AS CHANCELLOR OF THE CITY UNIVERSITY OF NEW YORK, ALEXIS MCLEAN, INDIVIDUALLY AND IN HER CAPACITY AS DEAN OF MEDGAR EVERS COLLEGE, JOHNATHON P. HARDAWAY, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF LEGAL OFFICER FOR MEDGAR EVERS COLLEGE AND COUNCILWOMAN LAURIE CUMBO,

                        Defendants.

                                    ORDER

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS an initial pretrial conference in this matter is currently scheduled for Friday, December 4, 2020, at 11:00 A.M., Dkt. 16;

      IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the conference is adjourned to **Tuesday, December 8, 2020, at 3:00 P.M.**  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 4163.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date:  December 2, 2020
       New York, New York

                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**