USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAKIA FLETCHER,

Plaintiff,

-against-

MEDGAR EVERS COLLEGE, CITY UNIVERSITY OF NEW YORK, RUDOLF CREW, IN HIS CAPACITY AS PRESIDENT OF MEDGAR EVERS COLLEGE, FELIX V. MATOS RODRIGUEZ, IN HIS CAPACITY AS CHANCELLOR OF THE CITY UNIVERSITY OF NEW YORK, ALEXIS MCLEAN, INDIVIDUALLY AND IN HER CAPACITY AS DEAN OF MEDGAR EVERS COLLEGE, JOHNATHON P. HARDAWAY, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF LEGAL OFFICER FOR MEDGAR EVERS COLLEGE AND COUNCILWOMAN LAURIE CUMBO,

Defendants.

20-CV-4163 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 8, 2020, the parties appeared for an initial pretrial conference before the Court;

IT IS HEREBY ORDERED that the Court will not issue a Case Management Plan until after the parties have participated in a settlement conference on January 25, 2021. If the parties are unable to settle at the January 25, 2021 settlement conference, the Court will schedule a new conference, at which it will enter a Case Management Plan. The parties must update the Court on the outcome of the January 25, 2021 settlement conference not later than **February 1, 2021**.

IT IS FURTHER ORDERED that Plaintiff's time to respond to Defendants' pending motions to dismiss is extended to **February 1, 2021**. Defendants' time to reply is extended to **February 26, 2021**.

IT IS FURTHER ORDERED that Defendant Rudolph Crew's time to respond to Defendant Alexis McLean's cross-claim is extended to **February 8, 2021**.

**SO ORDERED.**

**Date: December 8, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**