

**534 BROADHOLLOW ROAD, SUITE 210**
**PO BOX 9034**
**MELVILLE, NY 11747-9034**
**(631) 694.2300 • FAX: (631) 694.2309**

**SERVICE BY FAX, EMAIL OR OTHER FORMS OF**
**ELECTRONIC COMMUNICATION NOT ACCEPTED**

**JOSHUA S. SPRAGUE**

**DIRECT DIAL: (631) 414.5852**
**DIRECT FAX: (631) 454.3889**
**JSS@LAMBBARNOSKY.COM**

January 14, 2021

**BY ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 443
New York, New York 10007

      Re:    *Fletcher v. Medgar Evers, College, CUNY, et al.*,
               **Docket No. 20 Civ. 4163 (VEC) (SDA)**

Dear Judge Caproni:

      This office is counsel to Defendant Rudolph Crew and the interests of Johnathon P. Hardaway in the above-entitled action.  We write to advise the Court that on January 12, 2021, we were informed of the unfortunate news that Mr. Hardaway had suddenly and very unexpectedly passed away late the previous week.  We are conferring with plaintiff's counsel to address the effects of this sad development upon the litigation, including with regard to the claims that have been asserted against Mr. Hardaway.  However, we did not want to delay in advising the Court.

      The Court's continuing attention to this matter is greatly appreciated.

                                            Respectfully submitted,

                                            /s/ Joshua S. Sprague
                                            Joshua S. Sprague

      cc:  All parties (*Via ECF*)