UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

| | |
|---|---|
| SAKIA FLETCHER, | Docket No. 20-CV-4163 (VEC) (SDA) |
| Plaintiff, | |
| -against- | **STATEMENT PURSUANT TO FED. R. CIV. P. 25(a), NOTING THE DEATH OF DEFENDANT JOHNATHON P. HARDAWAY** |
| MEDGAR EVERS COLLEGE, CITY UNIVERSITY OF NEW YORK, RUDOLPH CREW, *in his capacity as President of Medgar Evers College*, FELIX V. MATOS RODRIGUEZ, *in his capacity as Chancellor of the City University of New York*, ALEXIS MCLEAN, *individually and in her Capacity as Dean of Medgar Evers College*, JOHNATHON P. HARDAWAY, *individually and in his capacity as Chief Legal Officer for Medgar Evers College*, and COUNCILWOMAN LAURIE CUMBO, | |
| Defendants. | |

------------------------------------------------------------ X

**PLEASE BE ADVISED** that, consistent with to Rule 25(a) of the Federal Rules of Civil Procedure, we provide notice of the death of defendant Johnathon P. Hardaway based upon information received through Mr. Hardaway's family.

Dated: Melville, New York
January 19, 2021

                                                          LAMB & BARNOSKY, LLP

                                                          By: /s/ Matthew J. Mehnert
                                                                Matthew J. Mehnert, Esq.
                                                                Joshua S. Sprague, Esq.
                                                                534 Broadhollow Road
                                                                Melville, New York 11747
                                                               (631) 694-2300

*Attorneys for Defendants Rudolph
Crew and Johnathon P. Hardaway*

To:    All parties (*Via ECF*)